**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: "PETITION FOR OBJECTIONS AND EXCEPTIONS TO UPSET SALE" | : | No. 79 MAL 2019 |
| | : | |
| | : | |
| IN RE: "OBJECTION AND EXCEPTIONS TO UPSET SALE" | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| | : | |
| PETITION OF: MILAGROS ABREU | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 6th day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.